IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 1:17-CR-83--LMB |
| v. : | |
| : | |
| *CHRISTOPHER E. SANTOS ESPINOZA*, : | |
| : | |
| (Defendant) : | |

## APPEARANCE OF COUNSEL

To the Clerk of the Court and all parties of record,

Please enter my appearance as retained counsel of record for defendant, Christopher E. Santos Espinoza, in this matter.

Respectfully submitted,

Office of Elita C. Amato

/s/
_____

Elita C. Amato
Va Bar No.  75827
2111 Wilson Blvd., 8th Floor
Arlington, VA  22201
703.522.5900

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was filed on this 16th day of September 2019, through the CM/ECF system thereby notifying all parties in this matter.

/s/
_____
Elita C. Amato