IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER SANTOS ESPINOZA,<br><br>Defendant. | No. 1:17-cr-83 (LMB) |

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

The United States, by and through its undersigned attorneys, and the defendant, by and through his attorney, Robert Feitel, jointly move for a continuance of the defendant's sentencing hearing, currently scheduled for February 21, 2020. In support of this motion, the parties represent:

Because of other matters, including matters that have required frequent travel, defense counsel has not be able to devote adequate time and attention to the defendant's sentencing. Defense counsel also has travel scheduled for the first two Fridays in March, 2020. As a result, the parties request that the Court continue the sentencing hearing to March 27, 2020. Counsel for the defendant has authorized the government to file this motion on his client's behalf.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
James L. Trump
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3726
Email: jim.trump@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2020, I caused the foregoing motion to be served on all counsel of record through the Court's electronic filing system.

/s/
James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3726
jim.trump@usdoj.gov