IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.                                                                          Crim. No: 1:17cr83
                                                                            Hon. Leonie M. Brinkema

CHRISTOPHER SANTOS ESPINOZA,

Defendant.

DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING

Defendant Christopher Santos Espinoza, by and through his undersigned counsel, respectfully moves this Court for a continuance of the defendant's sentencing hearing, currently scheduled for March 27, 2020. In support of this motion, the parties represent: as result the current world wide pandemic caused by the Covid-19 virus, on March 16, 2020, the United States District Court for the Eastern District of Virginia entered an Court Order "continuing all civil and criminal hearing, conferences, and other live proceedings" until the end of March 2020. Given the ongoing nature of the current emergency, it does not appear likely to the defense that this Honorable Court will resume normal court proceedings until at least sometime in mid-April. Accordingly, the defense requests a continuance of the currently scheduled sentencing. The Government does not oppose the continuance and after consultation among the parties and with chambers, the defense suggests a continued sentencing date of April 24, 2020.

Respectfully submitted,

Office of Elita C. Amato

/s/
_____
Elita C. Amato
Va Bar No. 75827
2111 Wilson Blvd.,
8th Floor Arlington,
VA 22201
703.522.5900

CERTIFICATE OF SERVICE

I hereby certify that this pleading was filed on this 24th day of March, 2020, through the CM/ECF system thereby notifying all parties in this matter.

/s/
_____
Elita C. Amato